UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

RENALDO NAVARRO,

        Plaintiff - Appellant,

  v.

MENZIES AVIATION, INC., DBA
Menzies,

        Defendant - Appellee.

No. 21-15355

D.C. No. 3:19-cv-08157-VC
U.S. District Court for Northern
California, San Francisco

**ORDER**

---

The Court of Appeals' records do not indicate that appellant has filed a

Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellant shall: (a) file a

Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov),

or (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b).

Information about the mediation program may be found on the court's

website: www.ca9.uscourts.gov/mediation.

FOR THE COURT:

Lynn Warton
Deputy Clerk

lw/mediation