# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**: 21-15355

**Case Name**: Navarro v. Menzies Aviation

**Counsel submitting this form**: Appellant's Counsel, Arlo Garcia Uriarte

**Represented party/parties**: Renaldo Navarro

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff's lawsuit is about his wrongful termination committed by Defendant in August of 2018. Plaintiff strongly believes that Defendant did the following: (1) disregarded his workplace complaints regarding employee health and safety and eventually found them so exasperating that they led to his termination; (2) sided with a white co-worker instead of Plaintiff or other non-whites two separate times; (3) used a fabricated reason, a "Code of Conduct violation", as the pretextual basis to terminate him; and (4) Defendant terminated a strong and vocal employee who was just doing his job in violation of his rights. Plaintiff's complaint contains the following causes of action: (1) discrimination, (2) retaliation, (3) wrongful termination in violation of public policy, and (4) intentional infliction of emotional distress.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     1     Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> The District Court granted Defendant's motion for summary judgment on all of Plaintiff's claims "[b]ecause Navarro has not properly introduced any evidence from which a reasonable jury could find that his firing violated California law." The main issue on appeal is whether the trial court improperly excluded evidence submitted by Plaintiff in deciding Defendant's motion for summary judgment.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> There are no proceedings remaining below or any other related proceedings.

**Signature** /s/ Arlo Garcia Uriarte  **Date** Mar 22, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 7**  2  *Rev. 12/01/2018*