UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENALDO NAVARRO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MENZIES AVIATION, INC., DBA Menzies, <br><br> Defendant - Appellee. | No. 21-15355 <br><br> D.C. No. 3:19-cv-08157-VC <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

The briefing schedule previously set by the court is amended as follows: appellant's opening brief is due June 30, 2021; appellee's answering brief is due July 30, 2021 and appellant's optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation