# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 21-15355

**Case Name** | Navarro v. Menzies Aviation

**Requesting Party Name(s)** | Renaldo Navarro

**I am:**
- ○ The party requesting the extension.
- ◉ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** August 30, 2021

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Due to a family emergency, I have had little time to properly draft the opening brief. I have had to deal with my mom in Spain.
She has dementia, and the last several weeks have been spent trying to find her a home, and me and my sisters have spent our attention on this problem. We expect to have her home by August 18, 2021.
Counsel for Menzies, Chris Ward, agreed to stipulate.

**Signature** | s/ Arlo Uriarte    **Date** | July 27, 2021

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**          1          *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

    This motion is my [____] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [____] **Date** [____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.

    *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: July 30, 2021

3. The brief's first due date was: June 30, 2021

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

    Due to a family emergency, I have had little time to properly draft the opening brief. I have had to deal with my mom in Spain.
    She has dementia, and the last several weeks have been spent trying to find her a home, and me and my sisters have spent our attention on this problem.

5. The position of the other party/parties regarding this request is:

    ☒ Unopposed.

    ☐ Opposed by *(name of party/parties opposing this motion):*

    Counsel for Menzies, Chris Ward, agreed to stipulate to this request.

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

    Counsel for Menzies, Chris Ward, agreed to stipulate to this request.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s Arlo Uriarte    **Date** July 27, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

s/ *Arlo Uriarte*