UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENALDO NAVARRO,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>MENZIES AVIATION, INC., DBA Menzies,<br><br>   Defendant - Appellee. | No. 21-15355<br><br>D.C. No. 3:19-cv-08157-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The appellant's unopposed motion (Docket Entry No. 9) for an extension of time to file the opening brief is granted. The appellant's opening brief is due August 30, 2021; the appellee's answering brief is due September 29, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7