**Case No. 21-15355**

*In the*

# United States Court of Appeals
*for the*
# Ninth Circuit

———

RENALDO NAVARRO,

*Plaintiff-Appellant,*

v.

MENZIES AVIATION, INC., d/b/a Menzies,

*Defendant-Appellee.*

———

*Appeal from a Decision of the United States District Court for the Northern District of California,*
*Case No. 3:19-cv-08157-VC · The Honorable Vince Chhabria, District Judge*

## INDEX VOLUME

ARLO G. URIARTE
LIBERATION LAW GROUP
2760 Mission Street
San Francisco, California 94110
(415) 695-1000 Telephone
(415) 695-1006 Facsimile
arlo@liberationlawgroup.com

*Attorneys for Appellant,*
*Renaldo Navarro*


COUNSEL PRESS · (213) 680-2300    PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **VOLUME I OF IV – Pages 1 to 7** | |
| 64 | Judgment [Granting Defendant's Motion for Summary Judgment], Filed February 8, 2021 | 2 |
| 63 | Order Granting Defendant's Motion for Summary Judgment, Filed February 8, 2021 | 3 |
| | **VOLUME II OF IV – Pages 8 to 288** | |
| 61 | Joint Case Management Statement, Filed January 25, 2021 | 9 |
| 60-1 | Declaration of Arlo Uriarte in Support of Plaintiff's /Response to Supplemental Briefing, Filed January 22, 2021 | 15 |
| 60-2 | Exhibit 1: Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated March 17, 2020 | 18 |
| 60-3 | Exhibit 2: Correspondence from Rafael Vasquez, SEIU Union Shop Stewart for Menzies Aviation at SFO International Airport (copy of bates-stamped 0009), dated November 18, 2018 | 21 |
| 60-4 | Exhibit 3: Plaintiff Renaldo Navarro's Responses to Defendant Menzies Aviation, Inc.'s Special Interrogatories, Set One, dated August 18, 2020 | 22 |
| 60-5 | Exhibit 4: Plaintiff Renaldo Navarro's Requests for Production of Documents to Defendant Menzies Aviation, Inc., Set One, dated July 14, 2020 | 31 |
| 60-6 | Exhibit 5: Plaintiff Renaldo Navarro's Interrogatories to Defendant Menzies Aviation, Inc., Set One, dated July 14, 2020 | 40 |
| 60-7 | Exhibit 6: Deposition Transcript Excerpts (Renaldo Navarro), Taken on July 23, 2020 | 46 |
| 60-8 | Exhibit 7: Deposition Transcript Excerpts (Andrew Dodge), Taken on July 28, 2020 | 84 |
| 60-9 | Exhibit 8: Deposition Transcript Excerpts (John Qually), Taken on July 27, 2020 | 90 |
| 60-10 | Exhibit 9: Deposition Transcript Excerpts (Tracy Aguilera), Taken on August 25, 2020 | 102 |

| | | |
|---|---|---:|
| 60-11 | Exhibit 10: Deposition Transcript Excerpts (Raul Vargas), Taken on August 25, 2020 | 113 |
| 54 | Defendant Menzies Aviation, Inc.'s Further Supplemental Appendix of Evidence in Response to Court's Order to Supplement the Record, Filed December 28, 2020 | 130 |
| | Exhibit 53: Further Supplemental Declaration of Christopher Ward, dated December 28, 2020 | 132 |
| | Exhibit 54: Employee Performance Development Suspension Notice regarding Plaintiff Renaldo Navarro (authenticated at 46:4-48-13 of the previously filed Exhibit 48), dated August 20, 2018 | 135 |
| | Exhibit 55: Notice to Employees As to Change in Relationship issued to Plaintiff Renaldo Navarro (containing both the Navarro-produced and Menzies-produced versions, along with extracts of Plaintiff's deposition testimony providing additional authentication for the document), dated August 29, 2018 | 137 |
| 37-1 | Defendant Menzies Aviation, Inc.'s Appendix of Supporting Evidence in Support of Its Motion and Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, Filed November 18, 2020 | 152 |
| 37-2 | Exhibit 1: Declaration of Tracy Aguilera | 156 |
| 37-3 | Exhibit 2: Declaration of Christopher Ward | 161 |
| 37-4 | Exhibit 3: Declaration of John Qually | 165 |
| 37-5 | Exhibit 4: Declaration of July Macapagal | 168 |
| 37-6 | Exhibit 5: Declaration of Jayson Manalang | 171 |
| 37-7 | Exhibit 6: Declaration of Angelo Sadiq | 174 |
| 37-8 | Exhibit 7  Declaration of Wesley Faatalale | 177 |
| 37-9 | Exhibit 8: Declaration of Roberto Pangalilangan | 180 |
| 37-10 | Exhibit 9: Declaration of Efren De Los Reyes | 183 |
| 37-11 | Exhibit 10: Declaration of Rex Tosco | 185 |
| 38-47 | Exhibits in Support of Defendant Menzies Aviation, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, Filed November 18 and 19, 2020 | — |
| 38-1 | Exhibit 11: Declaration of Modesto Compas | 187 |

| | | |
|---|---|---|
| 40-1 | Exhibit 12: Excerpts from the Deposition Transcript of Plaintiff Renaldo Navarro, Taken on July 23, 2020 | 190 |
| 39-1 | Exhibit 12-b: Excerpts from the Deposition Transcript of Plaintiff Renaldo Navarro, Taken on July 23, 2020 | 220 |
| 41-1 | Exhibit 13: Excerpts from Volume I of the Deposition Transcript of John Qually, Taken on July 27, 2020 | 254 |
| 41-2 | Exhibit 14: Excerpts from Volume II of the Deposition Transcript of John Qually, Taken on July 28, 2020 | 269 |

*(Exhibits Continued in Volume III)*

**VOLUME III OF IV – Pages 289 to 574**

| | | |
|---|---|---|
| 38-47 | Exhibits in Support of Defendant Menzies Aviation, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, Filed November 18 and 19, 2020 *(Exhibits Continued from Volume II)* | — |
| 42-1 | Exhibit 15: Excerpts from the Deposition Transcript of Tracy Aguilera, Taken on August 25, 2020 | 290 |
| 43-1 | Exhibit 16: Excerpts from the Deposition Transcript of Raul Vargas, Taken on August 25, 2020 | 324 |
| 44-1 | Exhibit 16-b: Excerpts from the Deposition Transcript of Raul Vargas, Taken on August 25, 2020 | 349 |
| 45-1 | Exhibit 17: Excerpts from the Deposition Transcript of Andrew Dodge, Taken on July 28, 2020 | 373 |
| 46-1 | Exhibit 17-b: Excerpts from the Deposition Transcript of Andrew Dodge, Taken on July 28, 2020 | 393 |
| 47-1 | Exhibit 18: Fueling Supervisor Job Description | 413 |
| 47-2 | Exhibit 19: Excerpts from the Menzies Aviation California Employee Handbook | 416 |
| 47-3 | Exhibit 20: Excerpts from the Menzies Aviation International Code of Conduct | 428 |
| 47-4 | Exhibit 21: August 16, 2018, Written Complaint submitted by Andrew Dodge with supporting text message screenshot | 434 |
| 47-5 | Exhibit 22: First Petition regarding Andrew Dodge | 437 |
| 47-6 | Exhibit 23: Written Statement prepared by John Qually | 441 |
| 47-7 | Exhibit 24: Statement prepared by Plaintiff and submitted to Menzies | 443 |

| | | |
|---|---|---|
| 47-8 | Exhibit 25: Fueler Statements submitted to Menzies during investigation | 445 |
| 47-9 | Exhibit 26: Email Chain regarding termination decision | 449 |
| 47-10 | Exhibit 27: Second Petition regarding Andrew Dodge | 455 |
| 47-11 | Exhibit 28: Photographic image of what appears to be a letter authored by Rafael Vasquez, dated November 18, 2019 | 459 |
| 47-12 | Exhibit 29: Text messages produced by Plaintiff between Plaintiff and "Rafael" | 461 |
| 31-1 | Plaintiff's Appendix of Supporting Evidence, Filed November 2, 2020 | 465 |
| 31-2 | Exhibit 30: Declaration of Arlo Uriarte | 467 |
| 31-3 | Exhibit 31: Declaration of Renaldo Navarro | 470 |
| 31-4 | Exhibit 32: Declaration of Rafael Vasquez | 476 |
| 31-5 | Exhibit 33: Declaration of Jezen Canlas | 483 |
| 31-6 | Exhibit 34: Declaration of July Macapagal | 489 |
| 31-7 | Exhibit 35: Declaration of Modesto Compas | 493 |
| 31-8 | Exhibit 36: Declaration of Marc Ilagan | 497 |
| 31-9 | Exhibit 37: Deposition of Renaldo Navarro | 502 |
| 31-10 | Exhibit 38: Errata Sheet with attached relevant pages changed | 517 |
| 31-11 | Exhibit 39: Deposition of Andrew Dodge | 532 |
| 33 | Exhibit 40: Deposition of Tracy Aguilera | 543 |
| 31-12 | Exhibit 41: Deposition of Raul Vargas | 557 |
| | *(Exhibits Continued in Volume IV)* | |

### VOLUME IV OF IV – Pages 575 to 663

| | | |
|---|---|---|
| 31-1 | Plaintiff's Appendix of Supporting Evidence, Filed November 2, 2020 *(Exhibits Continued from Volume III)* | — |
| 31-13 | Exhibit 42: Deposition of John Qually | 576 |
| 31-14 | Exhibit 43: Photographs of Andrew Dodge sleeping | 591 |
| 31-15 | Exhibit 44: Copies of Acknowledgment Forms in Menzies' document production | 593 |
| 25 | Minute Entry for proceedings held before The Honorable Vince Chhabria, re Further Case Management Conference, Filed September 22, 2020 *(Text-only entry generated by the Court)* | 600 |

| | | |
|---|---|---|
| 24 | Joint Case Management Statement, Filed September 16, 2020 | 601 |
| 21 | Minute Entry for proceedings held before The Honorable Vince Chhabria, re Further Case Management Conference, Filed July 15, 2020 *(Text-only entry generated by the Court)* | 608 |
| 20 | Joint Case Management Statement, Filed July 7, 2020 | 609 |
| 16 | Minute Entry for proceedings held before The Honorable Vince Chhabria, re Telephonic Initial Case Management Conference, Filed March 11, 2020 *(Text-only entry generated by the Court)* | 615 |
| 14 | Joint Case Management Statement, Filed March 3, 2020 | 616 |
| 1 | Attachments to Declaration of Christopher G. Ward in Support of Defendant Menzies Aviation, Inc.'s Notice of Removal of Civil Action Under 28 U.S.C. § 1332 (Diversity of Citizenship), Filed December 16, 2019 | — |
| 1-2 | Complaint re (1) Discrimination; (2) Retaliation; (3) Wrongful Termination in Violation of Public Policy; and (4) Intentional Infliction of Emotional Distress, Filed October 23, 2019 | 623 |
| 1-2 | Defendant Menzies Aviation, Inc.'s Answer to Plaintiff's Unverified Complaint, Filed December 13, 2019 | 639 |
| 66 | Notice of Appeal and Representation Statement, Filed February 26, 2021 | 645 |
| 66-1 | Order Granting Defendant's Motion for Summary Judgment, Filed February 8, 2021 | 647 |
| 66-2 | Judgment [Granting Defendant's Motion for Summary Judgment], Filed February 8, 2021 | 652 |
| N/A | Civil Docket for Case No. 3:19-cv-08157-VC, U.S. District Court, California Northern District (San Francisco) | 653 |