UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENALDO NAVARRO, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MENZIES AVIATION, INC., DBA Menzies, <br><br> Defendant - Appellee. | No. 21-15355 <br><br> D.C. No. 3:19-cv-08157-VC <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The Court sua sponte grants appellant Renaldo Navarro a 1 day extension of time to file the reply brief, which was not timely submitted. The reply brief submitted on October 20, 2021 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7