# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 21-15355

**Case Name** | Navarro v. Menzies Aviation, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Christopher Ward

List the sitting dates for the three sitting months you were asked to review:

February, April and May 2022

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

March 11, 14-18, 2022: previously scheduled jury trial and final pretrial conference

May 9-13, 2022: previously scheduled arbitration

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Christopher Ward          **Date** | November 4, 2021

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                             New 12/01/2018