UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 21-15355

**Case Name** | Navarro v. Menzies Aviation, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Christopher Ward

List the sitting dates for the three sitting months you were asked to review:

I was asked to review sitting dates for February, April and May 2022

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

February 7, 2022, through February 21, 2022 (Recinos v. SBM - Jury Trial)
February 25, 2022 (Chavez v. Arteaga - Mandatory Settlement Conference)
March 7, 2022 through March 14, 2022 - (Summerlott v. SFMTA - Jury Trial)
March 28, 2022 - (Vargas v. SBM - Arbitration Hearing)
April 14, 2022, through April 21, 2022 (Chavez v. Arteaga - Bench Trial)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Arlo Uriarte     **Date** | 11/04/21

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*