Case No. 21-15355

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RENALDO NAVARRO,

Plaintiff – Appellant,

v.

MENZIES AVIATION, INC., d/b/a Menzies,

Defendant – Appellee.

Appeal from a Decision of the United States District Court for the North District of California,

Case No. 3:19-cv-08157-VC – The Honorable Vince Chhabria, District Judge

**APPELLANT'S MOTION TO CONTINUE HEARING AND SUPPORTING AFFIDAVIT**

Arlo G. Uriarte
Liberation Law Group, PC
2760 Mission Street
San Francisco, CA 94110
(415)695-1000
(415) 695-1006 Facsimile
arlo@liberationlawgroup.com
Attorneys for Appellant,
Renaldo Navarro

## **Motion to Continue Hearing**

Appellant Renaldo Navarro hereby moves this Court for an order continuing the hearing for oral argument currently scheduled for April 11, 2022, 8:15 a.m.

<u>Good cause exists</u> in that our trial for a 2016 action – that was set to go out for trial on February 7, 2022, was moved to April 4, 2022. The case is Claros v. Somers Building Maintenance, case number 16-CIV-02828. The Honorable Judge Robert D. Foiles has had at least two trial setting conferences with the parties. He has emphasized that this jury trial will commence on April 4, 2022. We have been assigned a jury pool for our case. Jury selection is April 5, 2022. We are currently blocked for 7-12 trial days, or until April 24, 2022.

After the continuance, the parties went to a settlement conference but was unable to settle the matter. No further settlement conferences are set.

I am the trial lawyer for the trial. It will be very difficult to properly prepare for oral arguments when I am in trial in the Claros matter.

Appellee attorney, Christopher Ward, <u>agreed to a short continuance</u>, if the matter can be scheduled for May 2022.

Date: March 18, 2022                  LIBERATION LAW GROUP, PC

                                                       Arlo G. Uriarte
                                                       Attorneys for Appellant,
                                                       Renaldo Navarro

## **Affidavit of Arlo G. Uriarte**

I, Arlo G. Uriarte, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am the managing attorney for Liberation Law Group, PC. Attorneys for Appellant Renaldo Navarro. I believe the representations below to be true. They are based on my personal knowledge and will testify as such.

2. I am primarily responsible for the Appeal in this matter. I will be conducting the oral arguments for Mr. Navarro.

3. Our firm prepared and was set to go out for trial on February 7, 2022. A week prior the matter was moved to April 4, 2022. The case is Claros v. Somers Building Maintenance, case number 16-CIV-02828.

4. The Honorable Judge Robert D. Foiles has had at least two trial setting conferences with the parties. He has emphasized that this jury trial will commence on April 4, 2022. We have been assigned a jury pool for our case. Jury selection is April 5, 2022. We are currently blocked for 7-12 trial days, or until April 24, 2022.

5. After the continuance, the parties went to a settlement conference but was unable to settle the matter. No further settlement conferences are set.

6. I am the trial lawyer for the trial. It will be very difficult to properly prepare for oral arguments when I am in trial in the Claros matter.

7. Appellee attorney, Christopher Ward, agreed to a short continuance, if the matter can be scheduled for May 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March 2022 in San Francisco, California

_____
Arlo Uriarte